Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

AUGUST 27, 20 14

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR14 5394 RJB |
| Plaintiff, | |
| v. | INDICTMENT |
| JESUS ENRIQUE PALOMERA, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1

**(Conspiracy to Distribute Methamphetamine)**

Beginning at a time unknown, but within the past five years, and continuing until on or about February of 2012, in Tacoma, within the Western District of Washington, and elsewhere, the Defendant, JESUS ENRIQUE PALOMERA, and others known and unknown, did knowingly and intentionally conspire to distribute methamphetamine, a controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

1  JESUS ENRIQUE-PALOMERA's conduct as a member of the narcotics
2  conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of
3  other members of the narcotics conspiracy charged in Count 1, involved fifty grams or
4  more of methamphetamine, in violation of Title 21, United States Code, Section
5  841(b)(1)(A).
6  All in violation of Title 21, United States Code, Section 846.

## COUNT 2
### (Conspiracy to Distribute Methamphetamine)

10  Beginning at a time unknown, but within the past five years, and continuing until
11  the present, in Tacoma, within the Western District of Washington, and elsewhere, the
12  Defendant, JESUS ENRIQUE PALOMERA, and others known and unknown, did
13  knowingly and intentionally conspire to distribute methamphetamine, a controlled
14  substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).
15  JESUS ENRIQUE-PALOMERA's conduct as a member of the narcotics
16  conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of
17  other members of the narcotics conspiracy charged in Count 1, involved five hundred
18  grams or more of a mixture or substance containing methamphetamine, and fifty grams or
19  more of methamphetamine, in violation of Title 21, United States Code, Section
20  841(b)(1)(A).
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //
//

INDICTMENT/PALOMERA

1  All in violation of Title 21, United States Code, Section 846.

2

3

4                                                        A TRUE BILL:

5                                                        DATED:

6                                                        *(Signature of Foreperson redacted pursuant to the policy of the judicial conference.)*

7

8                                                        _____

9                                                        FOREPERSON

10

11  _____

12  JENNY A. DURKAN
    United States Attorney

13

14  _____

15  MICHAEL DION
    Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT/PALOMERA