_____FILED _____ENTERED
_____LODGED _____RECEIVED

NOV 28 2014  ST

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                        DEPUTY

Judge Bryan

Received From
SEATTLE
DEC 02 2014

**ORIGINAL**

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff | NO. CR14-5394RJB  MOTION TO DISCLOSE SEALED INDICTMENT |

**FILED**

**UNDER**

**SEAL**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Judge Bryan

Received From SEATTLE
DEC 02 2014

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS ENRIQUE PALOMERA, <br><br> Defendant. | NO. CR14-5394RJB <br><br> MOTION TO DISCLOSE SEALED INDICTMENT <br><br> **FILED UNDER SEAL** |

The United States of America, by and through Annette L. Hayes, Acting United States Attorney for the Western District of Washington, and Michael Dion, Assistant United States Attorney, files this motion to disclose the sealed Indictment and arrest warrant in this matter. Defendant Jesus Enrique Palomera is a fugitive believed to be living in Mexico. The Government will seek a provisional arrest warrant, and plans to extradite Palomera once he is in custody. As part of this process, the Government will need to disclose the Indictment and arrest warrant to the Mexican government, and possibly other agencies. The Government seeks the Court's permission to make such disclosures, while keeping the documents under seal.

DATED this 28th day of November, 2014.

                                    Respectfully submitted,

                                    ANNETTE L. HAYES
                                  Acting United States Attorney

                                  *s/Michael Dion*
                                  MICHAEL DION
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  700 Stewart Street, Suite 5220
                                  Seattle, Washington 98101-1271
                                  Telephone: (206) 553-7970
                                  Fax:       (206) 553-0755
                                  Email: Michael.Dion@usdoj.gov