ORIGINAL

*FILED — RECEIVED — LODGED — DEC 03 2014 — CLERK U.S. DISTRICT COURT — WESTERN DISTRICT OF WASHINGTON AT TACOMA — BY ___ DEPUTY*

Judge Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS ENRIQUE PALOMERA,<br><br>　　　　　Defendant. | NO. CR14-5394RJB<br><br>ORDER GRANTING MOTION TO DISCLOSE SEALED INDICTMENT<br><br>**Filed Under Seal** |

The Government has moved to disclose the sealed Indictment and arrest warrant in connection with matters relating to the arrest and extradition of JESUS ENRIQUE PALOMERA, a fugitive believed to be living in Mexico. Good cause having been shown, now, therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Government is authorized to disclose the sealed Indictment and arrest warrant as necessary in connection with the efforts to arrest and extradite the defendant.

//

//

//

1  The materials at issue shall remain under seal.

2  
3  DATED this 3d day of Dec, 2014.

4  
5  
6  
7  
   HON. ROBERT J. BRYAN
8  UNITED STATES DISTRICT JUDGE
9  
10 
11 Presented by:
12 
   *s/Michael Dion*
13 MICHAEL DION
14 Assistant United States Attorney

15
16
17
18
19
20
21
22
23
24
25
26
27
28

PALOMERA/[PROPOSED] ORDER GRANTING MOTION TO DISCLOSE - 2