Judge Bryan

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

JUNE 18, 2015
WILLIAM M. McCOOL, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ENRIQUE PALOMERA,<br><br>Defendant. | NO. CR14-5394RJB<br><br>SUPERSEDING INDICTMENT |

The Grand Jury charges that:

## COUNT 1

### (Continuing Criminal Enterprise)

Beginning at a time unknown, but within the past five years, and continuing until the present, in Pierce County, within the Western District of Washington, and elsewhere, the defendant, JESUS ENRIQUE PALOMERA, together with others known and unknown, did unlawfully, knowingly and intentionally engage in a continuing criminal enterprise, in that the defendant JESUS ENRIQUE PALOMERA, unlawfully, knowingly and intentionally committed violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1), 843, and 846, which violations include, but are not limited to,

Violations 1 through 5 set forth below and the substantive violations alleged in Counts 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17, which Counts are realleged and incorporated herein by reference as though fully set forth in this Count, and which violations were part of a continuing series of violations of the Controlled Substances Act, Title 21, United States Code, Section 801, *et seq.*, undertaken by the defendant JESUS ENRIQUE PALOMERA, in concert with five or more other persons with respect to whom the defendant JESUS ENRIQUE PALOMERA, occupied a position of organizer, supervisor, and any position of management, and from which continuing series of violations the defendant JESUS ENRIQUE PALOMERA, obtained substantial income and resources. The continuing series of violations, as defined by Title 21, United States Code, Section 848(c), included Violations 1 through 5 set forth below and the substantive violations alleged in Counts 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17:

### Violation 1

### (Distribution of Methamphetamine)

On or about February 28, 2014, in Pierce County, within the Western District of Washington, and elsewhere, JESUS ENRIQUE PALOMERA, together with one or more persons known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, methamphetamine, a controlled substance, in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

### Violation 2

### (Possession of Methamphetamine with Intent to Distribute)

On or about June 7, 2014, in Siskiyou County, California, and elsewhere, JESUS ENRIQUE PALOMERA, together with one or more persons known and unknown, did knowingly and intentionally possess, and did aid and abet the possession of, with the intent to distribute, methamphetamine, a controlled substance, in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## Violation 3

### (Distribution of Methamphetamine)

On or about December 2014 and January 2015, in Pierce County, within the Western District of Washington, and elsewhere, JESUS ENRIQUE PALOMERA, together with one or more persons known and unknown, did distribute, and did aid and abet the distribution of, methamphetamine, a controlled substance, in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

## Violation 4

### (Distribution of Methamphetamine)

On or about January and February 2015, in Pierce County, within the Western District of Washington, and elsewhere, JESUS ENRIQUE PALOMERA, together with one or more persons known and unknown, did knowingly and intentionally possess, and did aid and abet the possession of, with the intent to distribute, methamphetamine, a controlled substance, in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

## Violation 5

### (Possession of Methamphetamine with Intent to Distribute)

On or about April 17, 2015, in Lane County, Oregon, and elsewhere, JESUS ENRIQUE PALOMERA, together with one or more persons known and unknown, did knowingly and intentionally possess, and did aid and abet the possession of, with the intent to distribute, methamphetamine, a controlled substance, in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 848(a) and (c).

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## COUNT 2

### (Conspiracy to Distribute Methamphetamine)

Beginning at a time unknown, but within the past five years, and continuing until on or about February of 2012, in Tacoma, within the Western District of Washington, and elsewhere, the defendant, JESUS ENRIQUE PALOMERA, and others known and unknown, did knowingly and intentionally conspire to distribute methamphetamine, a controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

JESUS ENRIQUE-PALOMERA's conduct as a member of the narcotics conspiracy charged in Count 2, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count 2, involved fifty grams or more of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 3

### (Conspiracy to Distribute Methamphetamine)

Beginning at a time unknown, but within the past five years, and continuing until the present, in Tacoma, within the Western District of Washington, and elsewhere, the defendant, JESUS ENRIQUE PALOMERA, and others known and unknown, did knowingly and intentionally conspire to distribute methamphetamine, a controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

JESUS ENRIQUE-PALOMERA's conduct as a member of the narcotics conspiracy charged in Count 3, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count 3, involved five hundred grams or more of a mixture or substance containing methamphetamine, and fifty grams or

SUPERSEDING INDICTMENT/PALOMERA – 4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

more of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 4
### (Illegal Alien in Possession of a Firearm)

On or about November 16, 2011, in Pierce County, within the Western District of Washington, and elsewhere, the defendant, JESUS ENRIQUE PALOMERA, then being an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit, a PWA, 5.56 caliber, model Commando, assault rifle, which had been shipped and transported in interstate and/or foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

## COUNT 5
### (Possession of Methamphetamine with Intent to Distribute)

On or about February 22, 2012, in Pierce County, within the Western District of Washington, and elsewhere, the defendant, JESUS ENRIQUE PALOMERA, did knowingly and intentionally possess, and did aid and abet the possession of, with the intent to distribute, methamphetamine, a controlled substance.

The Grand Jury further alleges that the offense involved 50 grams or more methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

The Grand Jury further alleges that the offense and acts alleged here in Count 5 were committed during and in furtherance of the conspiracy charged in Count 2, above.

All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## COUNTS 6 – 17
### (Illegal Use of a Communication Facility)

On or about the dates listed in the below chart, in Pierce County, within the Western District of Washington, and elsewhere, the defendant, JESUS ENRIQUE PALOMERA, did knowingly and intentionally use and aid and abet the use of the following communication facilities, to facilitate the commission of acts constituting a felony under Title 21, United States Code, Sections 841(a) and 846, that is, Conspiracy to Distribute Methamphetamine, as set forth in Count 3 above and incorporated by reference herein.

The Grand Jury further alleges that the offense and acts alleged in Counts 6-17 were committed during and in furtherance of the conspiracy charged in Count 3, above.

| Count | Date | Communication Facility | Parties to Communication |
|---|---|---|---|
| 6 | February 28, 2014 | Digital Device and Internet (using Facebook) | JESUS ENRIQUE PALOMERA and Individual 1 |
| 7 | April 15, 2014 | Digital Device and Internet (using Facebook) | JESUS ENRIQUE PALOMERA and Individual 2 |
| 8 | May 5, 2014 | Digital Device and Internet (using Facebook) | JESUS ENRIQUE PALOMERA and Individual 3 |
| 9 | August 4, 2014 | Digital Device and Electronic messaging program | JESUS ENRIQUE PALOMERA and Individual 4 |
| 10 | August 4, 2014 | Digital Device and Electronic Messaging | JESUS ENRIQUE PALOMERA and Individual 4 |

| | | Program | |
|---|---|---|---|
| 11 | August 6, 2014 | Digital Device and Electronic Messaging Program | JESUS ENRIQUE PALOMERA and Individual 4 |
| 12 | August 6, 2014 | Digital Device and Electronic Messaging Program | JESUS ENRIQUE PALOMERA and Individual 4 |
| 13 | August 7, 2014 | Telephone | Individual 4 and Individual 5 |
| 14 | August 7, 2014 | Digital Device and Electronic Messaging Program | JESUS ENRIQUE PALOMERA and Individual 4 |
| 15 | August 7, 2014 | Digital Device and Electronic Messaging Program | JESUS ENRIQUE PALOMERA and Individual 4 |
| 16 | February 25, 2014 | Digital Device and Electronic Messaging Program | JESUS ENRIQUE PALOMERA and Individual 1 |
| 17 | February 28, 2014 | Digital Device and Electronic Messaging Program | JESUS ENRIQUE PALOMERA and Individual 1 |

All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATIONS

Pursuant to Title 21, United States Code, Section 853, upon conviction of any of the drug offenses charged in Counts 1 through 3 and 5 through 17 above, the defendant JESUS ENRIQUE PALOMERA shall forfeit to the United States any and all property, real or personal, constituting, or derived from, any proceeds the defendant obtained,

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

directly or indirectly, as the result of said criminal offenses, and shall further forfeit and any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such criminal offenses.

Upon conviction of the offense alleged in Count 4 of this Superseding Indictment, the defendant JESUS ENRIQUE PALOMERA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: a PWA, 5.56 caliber, model Commando, assault rifle.

## SUBSTITUTE ASSETS

If any of the above described forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the Court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the Defendant up to the value of the

//
//
//
//
//
//
//

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

above described forfeitable properties.

A TRUE BILL:

DATED: 2-18-2015

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
MICHAEL DION
Assistant United States Attorney

_____
AMY JAQUETTE
Assistant United States Attorney