```
____ FILED        ____ ENTERED
____ LODGED       ____ RECEIVED

         JUN 1 8 2015
              AT SEATTLE
       CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
   BY                          DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ENRIQUE PALOMERA,<br><br>Defendant. | CASE NO. CR14-5394RJB<br><br>ORDER ISSUING BENCH WARRANT<br>SUPERSEDING INDICTMENT |

A Superseding Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 18th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

SECRET: YES __XX__ NO _____

ORDER ISSUING BENCH WARRANT – 1
SUPERSEDING INDICTMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970