Judge Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JESUS ENRIQUE PALOMERA, <br> Defendant. | NO. CR14-5394RJB <br><br> **ORDER TO UNSEAL** |

Based upon the Government's Motion to Unseal, and the representations made therein, it is HEREBY ORDERED that:

The above-captioned case is unsealed for purposes of extradition of the defendant.

IT IS SO ORDERED.

DATED this 24th day of July, 2015.

*(signature)*
ROBERT J. BRYAN
United States District Judge

Presented by:

*s/Amy Jaquette*
AMY JAQUETTE
Assistant United States Attorney

ORDER TO UNSEAL CASE - 1
*U.S. v. Palomera*/CR 14-5394RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800