Magistrate Judge Creatura

FILED _____ LODGED
_____ RECEIVED
JUL 08 2016
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br><br> v. <br><br> JESUS ENRIQUE PALOMERA, <br> Defendant. | NO. CR14-5394RJB <br><br> MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. 3142(e) and (f).

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

   ☐ Crime of violence (18 U.S.C. 3156).

   ☐ Crime of Terrorism (18 U.S.C. 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

   ☒ Crime with a maximum sentence of life imprisonment or death.

   ☒ Drug offense with a maximum sentence of ten years or more.

MOTION FOR DETENTION- 1

1  ☐ Felony offense and defendant has two prior convictions in the four
2  categories above, or two State convictions that would otherwise fall within these four
3  categories if federal jurisdiction had existed.
4  ☐ Felony offense involving a minor victim other than a crime of violence.
5  ☐ Felony offense, other than a crime of violence, involving possession or use
6  of a firearm, destructive device (as those terms are defined in 18 U.S.C. 921), or any
7  other dangerous weapon.
8  ☐ Felony offense other than a crime of violence that involves a failure to
9  register as a Sex Offender (18 U.S.C. 2250).
10  ☒ Serious risk the defendant will flee.
11
12  ☒ Serious risk of obstruction of justice, including intimidation of a
13  prospective witness or juror.

14  2.  **Reason for Detention.** The Court should detain defendant because there
15  are no conditions of release which will reasonably assure (check one or both):
16  ☒ Defendant's appearance as required.
17  ☒ Safety of any other person and the community.

18  3.  **Rebuttable Presumption.** The United States will invoke the rebuttable
19  presumption against defendant under 3142(e). The presumption applies because:
20  ☐ Probable cause to believe defendant committed offense within five years of
21  release following conviction for a qualifying offense committed while on pretrial release.
22  ☒ Probable cause to believe defendant committed drug offense with a
23  maximum sentence of ten years or more.
24  ☐ Probable cause to believe defendant committed a violation of one of the
25  following offenses: 18 U.S.C. 924(c), 956 (conspiracy to murder or kidnap), 2332b (act
26  of terrorism), 2332b(g)(5)(B) (crime of terrorism).
27
28  MOTION FOR DETENTION- 2

☐      Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4.     **Time for Detention Hearing.**  The United States requests the Court conduct the detention hearing:

☐      At the initial appearance

☒      After a continuance of ___3_ days (not more than 3)

DATED this 8th day of July, 2016.

                              Respectfully submitted,

                              ANNETTE L. HAYES
                              United States Attorney

                              /s/ Michael Dion
                              MICHAEL DION
                              Assistant United States Attorney