Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JESUS ENRIQUE PALOMERA,<br><br>Defendant. | NO. CR14-5394 RJB<br><br>STIPULATED MOTION FOR PROTECTIVE ORDER<br><br>**FILED UNDER SEAL**<br><br>NOTING DATE: July 29, 2016 |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Michael Dion and Amy Jaquette, Assistant United States Attorneys, and Defendant, Jesus Enrique Palomera, by and through his attorney, Thomas Weaver, hereby file this Motion for Entry of a Protective Order, and present a proposed Order.

1. Defendant has been charged in a multiple count drug conspiracy case.

2. The discovery in this case includes sensitive material that reveals the identities of people who have co-operated with the government in this investigation. The discovery also includes Grand Jury material. The government anticipates that pursuant to its obligations under Federal Rule of Criminal Procedure 16, *Brady*, and *Giglio*, it will be required to produce such material.

STIPULATED MOTION FOR PROTECTIVE ORDER - 1
*US v. Palomera,* CR14-5394 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

     3.     This Motion is submitted for the purpose of ensuring that material produced in discovery that is designated by the government as "Protected Material," is not disseminated or distributed to anyone other than defense counsel, members of the defense team, and the Defendant under the restrictions set forth in the proposed Order submitted with this Motion.  Under the terms of the proposed Order, Defendant will be provided with an electronic copy on a CD-ROM of all of the "Protected Material."  Defendant will be permitted to review the "Protected Material" in a controlled environment at the Federal Detention Center (FDC), but is prohibited from printing out, copying or disseminating the discovery.  Defense counsel would not provide Defendant with copies (in any form) of any "Protected Material," nor allow Defendant or any other person to make copies of any "Protected Material."

     4.     The parties respectfully request that the Court issue the proposed Protective Order.

DATED this 21st day of July, 2016.

Respectfully Submitted,

ANNETTE L. HAYES
United States Attorney

*/s/Michael Dion*
MICHAEL DION
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone:  (206) 553-7970
Facsimile:  (206) 553-0755
Email:  Michael.Dion@usdoj.gov

STIPULATED MOTION FOR PROTECTIVE ORDER - 2
*US v. Palomera,* CR14-5394 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

>/*s*/ *Becky Hatch*
BECKY HATCH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  (206) 553-4161
Fax:  (206) 553-0755
E-mail:  Becky.Hatch@usdoj.gov

STIPULATED MOTION FOR PROTECTIVE ORDER - 3
*US v. Palomera,* CR14-5394 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970