Judge Robert J. Bryan

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESUS ENRIQUE PALOMERA,

Defendant.

NO. CR14-5394 RJB

MEMORANDUM REGARDING
GOVERNMENT'S PROPOSED ORDER
GRANTING MOTION TO CONTINUE

10
11
12
13
14
15
16

The United States of America, by and through Annette L. Hayes, United States

Attorney for the Western District of Washington, and Michael Dion and Amy Jaquette,

Assistant United States Attorneys, files this Memorandum Regarding the Government's

Proposed Order Granting the pending Motion to Continue.

The defense has moved to continue the trial.  The government does not object, and

acknowledges that the motion sets forth facts justifying a continuance.  However, the

proposed order submitted by the defense does not reiterate those facts.  The United States

believes that, ideally, the order granting the continuance should include and re-state the

factual basis set forth in the motion.

The Speedy Trial Act, 18 U.S.C.§  3161(h)(7) specifically states that no such time

period is excludable unless "the court sets forth, in the record of the case, either orally or

*United States v. Palomera,*  CR14-5394 RJB - 1
MEMORANDUM REGARDING PROPOSED ORDER

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

in writing, its reasons for finding" the balancing of these factors and how they outweigh the interests of a speedy trial.

If an order excluding time does not contain adequate factual findings, the remedy may be draconian, including dismissal of the charges. The findings must be on the record "by the time a district court rules on a defendant's motion to dismiss under § 3162(a)(2)" of the Speedy Trial Act. *Zedner v. United States*, 547 U.S. 489, 507 (2006). Where a judge fails to make the requisite finding supporting the need for an "ends-of-justice" continuance, the resulting delay cannot be excluded, and, as a result, if the trial does not take place within the 70-day time period, the indictment or information must be dismissed. *Zedner*, 547 U.S. at 508.

The government's proposed order would ensure, in the unlikely event of a future Speedy Trial Act challenge, that the factual basis for the continuance is unassailable. Accordingly, the United States submits, as Attachment A to this Response, a proposed order which recites the factual basis in the defense's motion to continue.

DATED this ___ day of July, 2016.


Respectfully submitted,

ANNETTE L. HAYES
United States Attorney


*/s/ Michael Dion*
MICHAEL DION
Assistant United States Attorney

*United States v. Palomera,* CR14-5394 RJB - 2
MEMORANDUM REGARDING PROPOSED ORDER

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on July 22, 2016, I have electronically filed the foregoing with

4  the Clerk of the Court using the CM/ECF system which will send notification of such

5  filing to the attorney of record for the defendant.

6

7

8                                     /s/ Becky Hatch
                                  BECKY HATCH
9                                 Legal Assistant
                                  United States Attorney's Office
10                                700 Stewart Street, Suite 5220
                                  Seattle, WA 98101
11                                Phone:  (206) 553-4161
                                  Fax:  (206) 553-0755
12                                Email:  Becky.Hatch@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Palomera,* CR14-5394 RJB - 3
MEMORANDUM REGARDING PROPOSED ORDER