FILED ___ LODGED ___
RECEIVED

JUL 08 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-5394 RJB |
| Plaintiff, | |
| v. | INVOCATION OF RIGHTS AT INITIAL APPEARANCE |
| JESUS PALOMERA, | |
| Defendant. | |

I, __JESUS PALOMERA__, the defendant in the above-entitled case, accept an attorney with the Federal Public Defender of the Western District of Washington as my attorney, and invoke my Fifth and Sixth Amendment rights to have my attorney present for any and all questioning, interrogation or examination by law enforcement. This invocation of my rights applies to the investigation in this case, and any other matter that may be the subject of investigation. I also assert my right to remain silent. I revoke any previous waivers relating to questioning and revoke any consent I have given to search.

DATED this __8__ day of __July__, 20__16__.

_____
Defendant

Approved by:

_____
Attorney for Defendant

INVOCATION OF RIGHTS AT
INITIAL APPEARANCE - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710