UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>   v.<br><br>JESUS ENRIQUE PALOMERA,<br><br>                     Defendant. | CASE NO. CR14-5394RJB<br><br>ORDER ON DEFENDANT'S<br>SENTENCING MOTIONS |

      THIS MATTER comes before the Court on the remaining two Defendant's Sentencing Motions (Dkt. 59). The court is fully advised.

      First, defendant's request for an evidentiary hearing is GRANTED. The defendant has the right to contest the government's evidence in an evidentiary hearing and also has the right to allocution.

      In regard to the second motion, exclusion of the *Macias* matter, as a violation of the rule of specialty, the motion is DENIED.

      The government's opposition to defendant's sentencing motions (Dkt. 67) cites authority for the rule that, although an individual cannot be sentenced for an offense other than that for

ORDER ON DEFENDANT'S SENTENCING MOTIONS - 1

which extradition has been granted, other offenses may be considered in enhancing his sentence for the offense charged.  Relevant conduct may be shown to increase the sentencing guidelines in this case for the drug offenses to which the defendant pled guilty.  Fortunately, since the guidelines are advisory only, the court can consider the effect that relevant conduct actually should have, if any, on a defendant's sentence under 18 U.S.C. §3553.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 2nd day of April, 2019.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ON DEFENDANT'S SENTENCING MOTIONS - 2